JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>             Plaintiff,<br><br>     v.<br><br>DEPUTY QUINTANA, et al.,<br><br>             Defendants. | Case No. 2:11-cv-09428-DOC-OP<br><br>**JUDGMENT** |

**JUDGMENT**

This action having been tried before the Court sitting with a jury, the Honorable David O. Carter, District Court Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff, Curtis Clifford Ingram, take nothing and that the action be dismissed on the merits.

Dated: August 19, 2015       Signed: _____*David O. Carter*_____
                                              HON. DAVID O. CARTER
                                              U.S. District Court Judge